Robert B. Wilson
Chapter 13 Trustee
6308 Iola Avenue, Suite 100   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

KARL ANTHONY FERNANDES

CASE NO. 14-20291-RLJ-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 7605 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date:   9/29/2014   Orig. Time:   11:00 AM        Reset Date:              Reset Time:

B. Meeting Results:      Adjourned

C. Debtor(s):   Debtor 1 Appeared

D. Attorney for Debtor(s):    Appeared

E. Creditor Appearance:   Ruben Hancock for Sante Fe FCU

F. Amount Paid to the Trustee as of      9/29/2014      $0.00      First Payment Due Date:      10/1/2014

G. File Trustee's Motion to Dismiss because

H. B22C Information:      B22C Form is:    Complete

Budgeted Income:   $5,556.30   Expense:      $4,878.50   Surplus:    $677.80

Plan Payment:   $357.00   Monthly                          Plan Term(Months):   60

I. Value of Non-Exempt Property:      $0.00   Proposed Amount to Unsecured Creditors:      $0.00

___   Objection to Exemption of:

___   Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

___   Object to Invoke Stay Pleading

___   Case Converted from Chapter 7, Bar Date Set:   12/29/2014   Date Converted from Chapter 7:

J. Required Information:   Expired commercial license, DSO incomplete, Mr's 6/15/14 stub; Mrs' 6/6/14 & 8/29/14 stu

K. Business Information:   Insurance on 2012 Artic Cat ATV's -- TRV550 & XC450I

L. Object to Confirmation:   Yes

   Plan provides $0 value for RCAD's $1,498.53 secured 2011-14 tax claim
   Plan fails to provide for PCAD's $897.65 secured 2012-14 tax claim
   Plan fails to provide for child support arrears
   Feasibility until all claims are properly treated
   Trustee requests $100 step payment to begin ___/__
   Sch I Mr's income deductions should be $4,102 not $4885
   Sch I Mrs' income should be $2,972 not $2,485 & deductions $469 not $395
   Sch J lists excessive expenses
   Sch J net $677, but plan payment $357
   Failure to include all disposable income

M. Financial Management Class:   Debtor 1 Appeared

N. Eligibility:

   Certificate of Credit Counseling Filed:   Debtor 1 Only

   Credit Counseling Provider Approved:                    Yes

   Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):      No

O. Domestic Support Obligation:   $1,678.00   Current:   Yes   Arrears:      $0.00

   Affidavit and Disclosure of Domestic Support Obligations Received:  Yes

P. Remarks:   MTD
            -Expired commercial license
          He will not be renewing the commercial driver license.
            -DSO incomplete
            -Mr's 6/15/14 stub; Mrs' 6/6/14 & 8/29/14 stub

Robert B. Wilson
Chapter 13 Trustee
6308 Iola Avenue, Suite 100    Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

-Insurance on 2012 Artic Cat ATV's -- TRV550 & XC450I
Questions
-DSO
-Amy Martin -- complete address
-Chrystal Dawn Jackson -- incomplete address
Paid in full per letter from AG $633
-Lisa Hall -- incomplete address
-Plan provides $0 value for RCAD's $1,498.53 secured 2011-14 tax claim
-Plan fails to provide for PCAD's $897.65 secured 2012-14 tax claim
-Plan fails to provide for child support arrears
-Mr's stubs indicate he is paying child support arrears direct, why not in plan?
-Feasibility until all claims are properly treated
-Acknowledge 100% to allowed unsecured claims as proposed to cure disposable income objections
-Trustee requests $100 step payment to begin __/__
-When will $102.92 401k loan be completed?
-Sch I Mr's income deductions should be $4,102 not $4885
-Child support arrears should be listed on plan and paid as priority claim.
-Sch I Mrs' income should be $2,972 not $2,485 & deductions $469 not $395
-$414 difference based on 8/15/14 YTD/15x26/12
-Sch J lists excessive expenses
-Nat'l Std 4, 2, & 2 $4,693 -- Adj Nat'l Std $4,693 -- Adjusted by $0
-Sch J $4,878 & debt in plan $118 totals $4,996 or $303 above Adj Nat'l Std
-$150 entertainment, $436 insurance, $2,361.78 Access FCU, $231 land payment
-Sch J net $677, but plan payment $357
-Failure to include all disposable income

Dated:    9/29/2014                                              /s/ Robert B. Wilson

Standing Bankruptcy Trustee
By:        Brent Hagan

| Case Number: | | 14-20291 | | | | |
|---|---|---|---|---|---|---|
| Debtor: | | Fernandes | | | | |
| Attorney: | | Swindell | | | | |
| Presiding Officer: | | Brent Hagan | | | | |
| Calculation Date: | | | | | | 9/23/2014 15:38 |

| Domestic Support **Input name from Plan** | Arrears **Enter amount from Plan** | Int. Rate **Enter amount from Plan** | Term **Per Plan** | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral **Input name from Plan** | Value/Claim Amount **Enter amount from Plan** | Int. Rate **Enter amount from Plan** | Term **Per Plan** | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| RCAD -- $0 value? | $1,498.53 | 12.00% | 60 | $33.33 | $2,000.04 |
| PCAD -- $897.65 not provided for | $0.00 | 12.00% | 60 | $0.00 | $0.00 |
| Praire West | $3,800.00 | 0.00% | 60 | $63.33 | $3,800.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor **Input name from Plan** | Value/Claim Amount **Enter amount from Plan** | | Term **Per Plan** | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| IRS | $1,228.60 | | 60 | $20.48 | $1,228.60 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees **Paid Through the Plan** | $2,900.00 | | | $2,900.00 |
|---|---|---|---|---|
| Noticing Fees | $63.36 | | | $63.36 |
| Clerk Filing Fees | $0.00 | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | |
|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | | |
| Less Trustee Fees | $0.00 | | | |
| Less Attorney Fees | $2,900.00 | | | |
| Less Noticing Fees | $63.36 | Greater Of --------> | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | |
| Less Scheduled Priority Claims | $1,228.60 | | | |
| Less Other (Explain Below) | $0.00 | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $8,967.71 |
|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $11,095.18 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $21,420.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $10,324.82 |

**Comments:**

Version 1.03 Last Revised: 7/31/2008